FILED: April 14, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1423
(3:16-cv-00011-REP)

_____

MICHELE BURKE CRADDOCK

    Plaintiff - Appellant

v.

LECLAIRRYAN, A Professional Corporation

    Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:16-cv-00011-REP |
| Date notice of appeal filed in originating court: | 04/13/2016 |
| Appellant (s) | Michele Burke Craddock |
| Appellate Case Number | 16-1423 |
| Case Manager | Cathi Bennett<br>804-916-2702 |